United States District Court
Northern District of California

JOHN M. FULGHUM,

    Plaintiff,

v.

CAROLYN W. COLVIN,

    Defendant.

Case No.: 13-cv-0978 KAW

ORDER TO SHOW CAUSE

This social security case is before the undersigned pursuant to the parties' consent. Pursuant to the Social Security Procedural Order filed in this case, Defendant's answer, together with a copy of the administrative record, was due on May 20, 2013. Defendant has not filed the documents.

Accordingly, Defendant shall show cause within 14 days of the date of this order why it should not be sanctioned for failing to timely file its answer and the administrative record, or why default should not be entered against it. Defendant shall file the documents by the same date.

It is so ORDERED.

Dated: June 6, 2013

_____
KANDIS A. WESTMORE
United States Magistrate Judge