United States District Court
Northern District of California

JOHN M. FULGHUM,

    Plaintiff,

  v.

CAROLYN W. COLVIN,

    Defendant.

Case No.: 13-cv-0978 KAW

AMENDED ORDER VACATING ORDER TO SHOW CAUSE

On June 6, 2013, due to a clerical error, the Court issued an order to show cause to Defendant. That order is hereby VACATED.

It is so ORDERED.

Dated: June 11, 2013

                                            KANDIS A. WESTMORE
                                            United States Magistrate Judge